AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Riley June Williams | ) | Case No.   21-mj-99 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CORRECTED AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   January 6, 2021   in the county of _____ in the _____ District of   Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752(a)(1),(2); | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; |
| 40 U.S.C. 5104(e)(2); | Violent Entry and Disorderly Conduct on Capitol Grounds; |
| 18 U.S.C. §§ 641, 2; | Aid Abet Others to, Embezzle, Steal, Purloin |
| 18 U.S.C. § 1512(c)(2) | Obstruct, Influence, or Impede any Official Proceeding |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Jonathan M. Lund, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   01/21/2021

*Judge's signature*

City and state:   Washington, D.C.              Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*