AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Riley June Williams | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____Riley June Williams_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1752(a)(1) Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
40 USC 5104(e)(2) Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/17/2021

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2021.01.17 13:20:33 -05'00'

*Issuing officer's signature*
Robin M. Meriweather
United States Magistrate Judge
*Printed name and title*

City and state: Washington D.C.

### Return

This warrant was received on *(date)* 1/17/2021, and the person was arrested on *(date)* 1/18/2021
at *(city and state)* Harrisburg, PA.

Date: 1/19/2021

*Arresting officer's signature*

Angela Strause Special Agent, FBI
*Printed name and title*

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America </br> v. </br> Riley June Williams </br> </br> **Date of Birth:  XXXXXXX** </br> *Defendant(s)* | ) </br> ) </br> )  Case No. </br> ) </br> ) </br> ) </br> ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the
_____ in the District of ___Columbia___, the defendant(s) violated:

*Code Section*          *Offense Description*

18 USC 1752(a)(1) Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
40 USC 5104(e)(2) Violent Entry and Disorderly Conduct on Capitol Grounds

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Jonathan M. Lund, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: ___01/17/2021___        _____
*Judge's signature*

City and state: ___Washington D.C.___    Robin M. Meriweather
United States Magistrate Judge
*Printed name and title*

AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  1:21-MJ-007 |
| | ) | |
| RILEY JUNE WILLIAMS | ) | |
| *Defendant* | ) | |

**ORDER SCHEDULING A PRELIMINAY AND DETENTION HEARING**

A detention hearing in this case is scheduled as follows:

| Place: | U.S. Courthouse & Federal Building via WEBEX
228 Walnut Street
Harrisburg, PA 17108 | Courtroom No.: CR # 5, 11TH Floor |
|---|---|---|
| | | Date and Time: January 21, 2021 at 9:15 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.


Date: 01/19/2021

s/ Martin C. Carlson
*Judge's signature*

Martin C. Carlson, U.S. Magistrate Judge
*Printed name and title*

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

FILED
HARRISBURG, PA

JAN 21 2021

PER _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:21-MJ-007 |
| | ) | |
| RILEY JUNE WILLIAMS | ) | Charging District:   District of Columbia |
| *Defendant* | ) | Charging District's Case No.   21-MJ-099 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court - District of Columbia<br>333 Constitution Ave, N.W., Rm 1225<br>Washington, DC 20001 | Courtroom No.:  Appear by Video as Directed |
|---|---|
| | Date and Time: |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 1-28-2021

_____
*Judge's signature*

Martin C. Carlson, United States Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

FILED
HARRISBURG, PA
JAN 21 2021
PER_____
DEPUTY CLERK

United States of America )
v. )
)
RILEY JUNE WILLIAMS ) Case No. 1:21-MJ-0007
)
)
_Defendant_

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: __virtually as instructed__
_Place_

on __January 25, 2021 at 1:00 PM__
_Date and Time_

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( X ) (6) The defendant is placed in the custody of:
Person or organization     Wendy Williams
Address (only if above is an organization)   4141 Spring Valley Rd
City and state   Harrisburg, PA  17109      Tel. No. 717-440-2858

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _Wendy Wallace_    1/21/21
             Custodian                        Date

( X ) (7) The defendant must:
- ( X ) (a) submit to supervision by and report for supervision to the  Pre-Trial Services Office  ,
  telephone number  (717) 901-2860 , no later than _____.
- ( X ) (b) continue or actively seek employment.
- (   ) (c) continue or start an education program.
- ( X ) (d) surrender any passport to:  Clerk, U.S. District Court
- ( X ) (e) not obtain a passport or other international travel document.
- ( X ) (f) abide by the following restrictions on personal association, residence, or travel:  travel restricted to the Middle District of Pennsylvania and for court appearances only Maryland and the District of Columbia
- ( X ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
- ( X ) (h) get medical or psychiatric treatment:  as directed by pre-trial services
- (   ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
- (   ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
- ( X ) (k) not possess a firearm, destructive device, or other weapon.
- ( X ) (l) not use alcohol (   ) at all ( X ) excessively.
- ( X ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- ( X ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
- ( X ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
- ( X ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
  - (   ) (i) **Curfew.** You are restricted to your residence every day (   ) from _____ to _____ , or (   ) as directed by the pretrial services office or supervising officer; or
  - ( X ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
  - (   ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
- ( X ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
  - (   ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
- ( X ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
- (   ) (s) _____

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Harrisburg  PA  4141 Spring Valley Rd A
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 1-21-2021

_____
Martin C. Carlson
*Judicial Officer's Signature*

Martin C. Carlson, U.S. Magistrate Judge
*Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

FILED
HARRISBURG, PA
JAN 21 2021
PER _____
         KJN
DEPUTY CLERK

United States of America )
v. )
)
RILEY JUNE WILLIAMS ) Case No. 1:21-MJ-0007
)
)
*Defendant* )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: __virtually as instructed__
                                              Place

on __January 25, 2021 at 1:00 PM__
              Date and Time

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(X) (6) The defendant is placed in the custody of:
Person or organization   Wendi Williams
Address *(only if above is an ~~organization~~)*   ███████████
City and state   ███████████

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _Wendi Williams_   1/21/21
               Custodian                     Date

(X) (7) The defendant must:
- (X) (a) submit to supervision by and report for supervision to the   Pre-Trial Services Office,
  telephone number   (717) 901-2860, no later than _____.
- (X) (b) continue or actively seek employment.
- ( ) (c) continue or start an education program.
- (X) (d) surrender any passport to:   Clerk, U.S. District Court
- (X) (e) not obtain a passport or other international travel document.
- (X) (f) abide by the following restrictions on personal association, residence, or travel:   travel restricted to the Middle District of Pennsylvania and for court appearances only Maryland and the District of Columbia
- (X) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
- (X) (h) get medical or psychiatric treatment:   as directed by pre-trial services
- ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
- ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
- (X) (k) not possess a firearm, destructive device, or other weapon.
- (X) (l) not use alcohol ( ) at all ( X ) excessively.
- (X) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- (X) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
- (X) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
- (X) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
  - ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
  - (X) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
  - ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
- (X) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
  - ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
- (X) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
- ( ) (s) _____

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
   (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
   (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
   (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
   (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 1-21-2021

_____
Martin C. Carlson
*Judicial Officer's Signature*

Martin C. Carlson, U.S. Magistrate Judge
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

CLOSED

# United States District Court
# Middle District of Pennsylvania (Harrisburg)
# CRIMINAL DOCKET FOR CASE #: 1:21-mj-00007-MCC-1
*Internal Use Only*

| | |
|---|---|
| Case title: USA v. Williams | Date Filed: 01/19/2021 |
| | Date Terminated: 01/21/2021 |

Assigned to: Magistrate Judge Martin C. Carlson

**Defendant (1)**

| | | |
|---|---|---|
| **Riley June Williams**<br>*TERMINATED: 01/21/2021* | represented by | **Lori J. Ulrich**<br>Federal Public Defender's Office<br>100 Chestnut Street<br>Suite 306<br>Harrisburg, PA 17101–2540<br>717–782–2237<br>Email: lori_ulrich@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Public Defender or Community Defender Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18 USC 1752(a)(1) Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority. | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Christian T Haugsby**<br>United States Attorney's Office<br>228 Walnut Street<br>Suite 220<br>Harrisburg, PA 17101<br>717–221–2256<br>Email: christian.haugsby@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/19/2021 | 1 | CRIMINAL COMPLAINT as to Riley June Williams (1). (rw) (Entered: 01/19/2021) |
| 01/19/2021 |  | Arrest (Rule 40) of Riley June Williams. (kjn) (Entered: 01/19/2021) |
| 01/19/2021 | 2 | (Court only) Minute Entry for proceedings held before Magistrate Judge Martin C. Carlson:Initial Appearance in Rule 40 Proceedings as to Riley June Williams held on 1/19/2021. (Tape #Webex Recorded – Saved to Network Drive.)Total Time in Court [:30] (kjn) (Entered: 01/19/2021) |
| 01/19/2021 | 3 | MOTION FOR DETENTION by USA as to Riley June Williams. (kjn) (Entered: 01/20/2021) |
| 01/19/2021 | 4 | CJA 23 – FINANCIAL AFFIDAVIT by Riley June Williams. (kjn) (Entered: 01/20/2021) |
| 01/19/2021 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Riley June Williams. Signed by Magistrate Judge Martin C. Carlson on January 19, 2021. (kjn) (Entered: 01/20/2021) |
| 01/20/2021 | 6 | ORDER SCHEDULING PRELIMINARY & DETENTION HEARINGS as to Riley June Williams. Hearing set for 1/21/2021 at 9:15 AM in Harrisburg – Courtroom 5 before Magistrate Judge Martin C. Carlson. Signed by Magistrate Judge Martin C. Carlson on January 20, 2021. (kjn) (Entered: 01/20/2021) |
| 01/20/2021 | 7 | *SEALED* EX PARTE DOCUMENT FILED. (Attachments: # 1 Attachment) (kjn) (Entered: 01/20/2021) |
| 01/20/2021 | 8 | (Court only) Minute Entry for proceedings held before Magistrate Judge Martin C. Carlson:Telephone Conference as to Riley June Williams held on 1/20/2021. Total Time in Court [:10] (kjn) (Entered: 01/21/2021) |
| 01/21/2021 | 9 | (Court only) Minute Entry for proceedings held before Magistrate Judge Martin C. Carlson: Preliminary & Detention Hearing as to Riley June Williams held on 1/21/2021. Dft waives formal reading of the amended criminal complaint. Defendant waivespreliminary hearing and does not contest probable cause. Potential third–party custodian examined by the court. Dft released on conditions of release. (Court Reporter Wendy Yinger.)Total Time in Court [:5] (kjn) (Entered: 01/21/2021) |
| 01/21/2021 | 10 | ORDER Setting Conditions of Release as to Riley June Williams. Signed by Magistrate Judge Martin C. Carlson on January 21, 2021. (kjn) (Entered: 01/21/2021) |
| 01/21/2021 | 11 | Sealed Document – Unredacted OSCR. (kjn) (Entered: 01/21/2021) |
| 01/21/2021 | 12 | ORDER TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Riley June Williams Place: U.S. District Court – District of Columbia. Signed by Magistrate Judge Martin C. Carlson on January 21, 2021. (kjn) (Entered: 01/21/2021) |
| 01/21/2021 |  | (Court only) Remark – Rule 40 Transfer Paperwork mailed to District of Columbia. (kjn) (Entered: 01/21/2021) |
| 01/21/2021 |  | (Court only) ***Case Terminated as to Riley June Williams. (kjn) (Entered: 01/21/2021) |
| 01/22/2021 | 13 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Preliminary Hearing/Detention Hearing Proceedings as to Riley June Williams held on 1/21/2021, before Magistrate Judge Carlson. Court Reporter Wendy Yinger, Telephone number 717–440–1535. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/12/2021. Redacted Transcript Deadline set for 2/22/2021. Release of Transcript Restriction set for 4/22/2021. (Yinger, Wendy) (Entered: 01/22/2021) |