UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v.  : | NO. 21-mj-099 |
| : | |
| RILEY WILLIAMS : | |
| : | |
| Defendant. : | |

## UNOPPOSED EMERGENCY MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant, Riley Williams, respectfully requests that the Court modify her conditions of release to allow her to travel to North Carolina with her father and his wife to visit her father's sister. The family just learned that the sister is seriously ill and they are planning to visit her in Durham, North Carolina, on March 31, 2021, and return on April 3, 2021.

Ms. Williams was arrested on January 18, 2021, in Pennsylvania on charges related to the events at the Capitol on January 6. She was released on conditions in that district and appeared by video before this Court on January 25, 2021. On January 26, 2021, the Court continued her release with a number of conditions, including that her mother be a third-party custodian.

Ms. Williams is requesting that from March 31 to April 3, her father be substituted as the third-party custodian, and that she be allowed to travel with him to North Carolina and back. All other terms and conditions of the release are to remain in effect, and her father will ensure that they are met -- he will be provided a copy of them.

Counsel for the government, Department of Justice Attorneys Mona Sedky and Danielle Rosborough, have kindly communicated that they do not oppose this motion.

Respectfully submitted,

\_\_\_\_\_/s/_____
A. J. KRAMER
FEDERAL PUBLIC DEFENDER
625 Indiana Avenue, N.W.
Suite 550
Washington, DC  20004
(202) 208-7500
a._j._kramer@fd.org