# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 1:21-MJ-99 (RMM) |
| | : | |
| v. | : | |
| | : | |
| **RILEY JUNE WILLIAMS** | : | |

## ORDER OF COURT

**IT IS HEREBY ORDERED** that the defendant's Motion to Amend Conditions of Release, is **GRANTED**. Riley June Williams' conditions of release are amended to allow her to leave her residence between 7:00 a.m. and 8:00 p.m. All other conditions previously imposed will remain in effect.

DATED: _____, 2021.        BY THE COURT:

_____
ROBIN M. MERIWEATHER
Magistrate Judge