# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No.: 21-mj-00099 |
| v. | : | |
| | : | |
| **RILEY WILLIAMS** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Trial Attorney Danielle Rosborough is entering her appearance in the above-captioned matter as counsel for the United States.

                                              Respectfully submitted,

DATED: May 27, 2021                    CHANNING D. PHILLIPS
                                                Acting United States Attorney
                                                  DC Bar No. 415793

                     By:      */s/ Mona Sedky*
                              Mona Sedky
                              D.C. Bar 447968
                              Special Assistant United States Attorney
                              555 4th Street, N.W.,
                              Washington, D.C. 20530
                              202-514-1138
                              Email: mona.sedky2@usdoj.gov

                              */s/ Danielle Rosborough*
                              Danielle Rosborough
                              D.C. Bar No. 1016234
                              Trial Attorney, National Security Division
                              United States Department of Justice
                              950 Pennsylvania Avenue, NW
                              Washington, D.C. 20004
                              202-514-0073
                              Danielle.Rosborough@usdoj.gov