**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 21-mj-99** |
| | : | |
| **RILEY JUNE WILLIAMS,** | : | |
| Defendant. | : | |

## CONSENT MOTION TO CONTINUE STATUS CONFERENCE AND FOR EXCLUDABLE DELAY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this Consent Motion to Continue the Status Conference and for Excludable Delay in the above-captioned matter, currently scheduled for July 21, 2021, for approximately 60 days, until September 21, 2021. The Government and the defendant agree that there is good cause to adjourn the status conference in this case to September 21, 2021 and to toll the Speedy Trial Act. Defendant concurs in this request and agrees that it is in her best interest. Defendant has reviewed this motion and agrees to the September 21, 2021 date. In support thereof, the government states as follows:

1. The government and counsel for the defendant have conferred and are continuing to communicate about this matter. There is voluminous and evolving discovery. The government has produced several hundred pages of records in preliminary discovery to date and anticipates making additional productions of voluminous discovery in the coming weeks. The parties agree that the complaint will remain in full force and effect through the new date of September 21, 2021. The defendant has previously waived her right to a preliminary hearing. The parties agree that this stipulation and any order

1

resulting therefrom shall not affect any previous order of pretrial release and conditions of pretrial release.

2. The parties, therefore, would respectfully request that the status conference be continued to September 21, 2021.  The parties agree that the failure to grant this continuance "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(7)(B)(iv).  Therefore, "the ends of justice served by the granting of such continuance [will] outweigh the best interests of the public and the defendant in a speedy trial," 18 U.S.C. § 3161(h)(7)(A), and the parties request an order to that end. The parties agree that pursuant to 18 U.S.C. § 3161, the time from July 21, 2021, through September 21, 2021, shall be excluded in computing the date for speedy trial in this case.  Wherefore, the parties respectfully request that the Court continue the status conference in this matter until September, 2021.

Dated:  July 16, 2021

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

By:   /s/    Mona Sedky
      Mona Sedky
      Special Assistant United States Attorney
      D.C. Bar. Bar 447968
      555 4th Street, N.W., Rm. 4842
      Washington, D.C. 20530
      (202) 262-7122; Mona.Sedky2@usdoj.gov

      Danielle Roseborough, Trial Attorney
      U.S. Department of Justice, Criminal Division
      National Security Section
      950 Pennsylvania Ave, NW Room 1736
      Washington, D.C. 20530

2

(202) 305-2461; Danielle.rosborough@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 21-mj-99** |
| | : | |
| **RILEY JUNE WILLIAMS,** | : | |
| **Defendant.** | : | |

## ORDER

This matter having come before the Court pursuant to a Motion to Continue, upon consent, it is therefore

ORDERED that good cause exists to adjourn the Status Conference in this case from July 21, 2021 to September, 2021.  *See* Fed. R. Crim. P. 5.1(d).  The parties shall appear for a Status Conference at_____ on September  __, 2021.

ORDERED that the complaint and previous order of pre-trial release with conditions of supervised release remain in full force and effect.

ORDERED that the period from July 21, 2021 through September 21, 2021 shall be excluded from computing the time within which an information or indictment must be filed under the Speedy Trial Act because the ends of justice served by such a continuance outweigh the interests of the public and the defendant in a speedy trial. *See* 18 U.S.C.  § 3161(h)(1) & (h)(7). The Court finds that there is voluminous and evolving discovery, and that delay is necessary for the parties to work on a potential resolution.

It Is So Ordered.

_____
United States Magistrate Judge

Entered: _____

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Consent Motion to Continue Status Conference and for Excludable Delay was served upon counsel of record for the defendant through the electronic court filing system, this 26th day of March 2021.


By:    /s/    Mona Sedky
Mona Sedky
Special Assistant United States Attorney
D.C. Bar. Bar 447968
555 4th Street, N.W., Rm. 4842
Washington, D.C. 20530
(202) 262-7122; Mona.Sedky2@usdoj.gov